UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:   Anthony R. Harris                             Case No. 17-10671-TJC
                                                      Chapter 13

**OBJECTION BY SECURED CREDITOR TO PROPOSED PLAN**

Comes now the secured creditor, JPMorgan Chase Bank, National Association, which holds a Deed of Trust secured by the Debtor's real property at 8200 Woburn Abbey Road, Glenn Dale, Maryland  20769, by and through its attorney, Kyle J. Moulding, Esq., and objects to the proposed plan and to confirmation and for reason therefore states as follows:

1. The Debtor has proposed a plan which includes no provision for payment of arrearages owed to JPMorgan Chase Bank, National Association.

2. The secured creditor JPMorgan Chase Bank, National Association anticipates filing a Proof of Claim with pre-petition arrearages due in the approximate amount of $2,579.83.

3. The plan as proposed by the Debtor would therefore be insufficient to pay the claim of JPMorgan Chase Bank, National Association.

4. Pursuant to a previous request from the Court to so advise it and the parties, Counsel for the creditor does not intend to appear in Court regarding this Objection.

Wherefore the Secured Creditor prays this court to enter an Order

1. Denying confirmation of the proposed Chapter 13 Plan, or alternatively

2. Modifying the Chapter 13 Plan to provide for payment in full of the Claim filed by the secured creditor, or alternatively

17-600605

3. For such other and further relief as the Court deems appropriate.

        Respectfully submitted:

        /s/ Kyle J. Moulding, Esq. (kmg)
        Attorney for JPMorgan Chase Bank, National Association
        312 Marshall Avenue, Ste. 800
        Laurel, MD 20707
        301-490-1196
        Bar No. 30148
        bankruptcymd@mwc-law.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on March 21, 2017, to Anthony R. Harris at 8200 Woburn Abbey Road, Glenn Dale, Maryland 20769. Copies were sent electronically via the CM/ECF system to Richard M. McGill, at mcgillrm@aol.com Attorney for Debtor and Timothy P. Branigan, Trustee, at cmecf@chapter13maryland.com.

        /s/ Kyle J. Moulding, Esq.

17-600605