# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–10671 – TJC**   Chapter: **13**

**Anthony R. Harris**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 31 – Objection to Confirmation of Plan Filed by Cassandra Boston (related document(s)30 Amended Chapter 13 Plan filed by Debtor Anthony R. Harris). (Attachments: # 1 Appendix Prior Court Orders)(Davidson, Kerry)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 5/30/17. CERTIFICATE OF SERVICE MISSING NAMES AND ADDRESSES OF THE PARTIES SERVED.**

CURE: A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 5/16/17

                                                Mark A. Neal, Clerk of Court
                                                by Deputy Clerk, Todd Sukeena
                                                410–962–4072

cc:   Debtor
      Attorney for Debtor – Richard M. McGill

defntc (rev. 12/12/2016)