## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Cassandra Boston's Objection to Confirmation of Plan will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan cmecf@chapter13maryland.com

Richard M. McGill mcgillrm@aol.com

Kyle J. Moulding bankruptcymd@mwc-law.com

I hereby further certify that on May 17, 2017, a copy of Cassandra Boston's Objection to Confirmation of Plan was also mailed first class mail, postage prepaid to:

Anthony R. Harris
8200 Woburn Abbey Road
Glenn Dale, MD 20769

/s/Kerry J. Davidson

Kerry J. Davidson