# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–10671 – TJC**   Chapter: **13**

**Anthony R. Harris**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a confirmation hearing will be held

    at 6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770

    on 2/6/18 at 02:00 PM

to consider and act upon the following:

37 – Third Amended Chapter 13 Plan Filed by Anthony R. Harris. (McGill, Richard)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/5/17

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Mark Rybczynski
                                          410–962–4255

Form ntchrgmdb (rev. 12/2003)